IN THE United States District Court
For THE Western District of Tennessee
Western Divison / Eastern Divison

Kelvin Pettigrew
  Movant,

v.

Director/Warden Shelby Co. Corrections
U.S. Bureau of Prisons
CCA / Core Logic
United States Marshalls' Service
United States of America, Et.Al.,)
                Defendants)

Re: CASE: C 19:10037
Pro Se Filing
Pages Included: 04

RECEIVED BY
MAY 20 2022
Thomas M. Gould, Clerk
U.S. District Court
W.D. OF TN, Jackson
PRISONER

Pro Se Prisoner Complaint of 42:1983 Prisoner Emergency Motion and Request to Hold All Defendants' in Contempt of Court and an Emergency Request for Injuctions Aganist All Defendants'

Here comes the movant, Kelvin Pettigrew, in the above styled instant motion. Mr. Pettigrew, RNI 522129, B.O.P. 26713-076 is currently in United States Marshal custody at Shelby County Corrections at 1045 Mullins Station, Memphis, TN 38134.

Mr. Pettigrew, suffers from a severe form of Sleep Apnea and frequently stops breathing in his sleep. Mr Pettigrew was sent to an outside medical eluavtion by CCA/Core logic while in custody in Mason, TN USA. He was then diagnosed with severe sleep apnea at the

Kelvin Pettigrew cont: Page 2

conclusion of his sleep study. It was then determined Mr. Pettigrew needed his sleep apnea breathing appratus and related items to prevent accidental death or incpacation. As of May 6, 2022 neither CCA/core logic or Shelby County Corrections (which is the current place of confinement) has provided the prescribed items. Mr. Pettigrew has exhausted his administrative remedies at his current place of confinment using the detainee grievance procedure with no reply and threathned with punitive relocation or transfer if he proceeded to file any grievance further.

Mr. Pettigrew assets that his current place of confinement recieved his complete medical file from CCA Mason/core logic and that he raised the matter to medical staff at Shelby County Corrections. He raised the matter once again in May, 2022.

Mr. Pettigrew, is suffering from the intentional negilance by all the defendants listed in the complaint. Mr Pettigrew also has requested his inmate account record so he can be in complince with filing requirements.

Mr. Pettigrew, Regrets to bring this action against the defendants, but feels he has no choice due to delibeirate negliance.

②

Kevin Pettigrew cont:                               Page 3

Remedies and Requested Relief:
Mr. Pettigrew humble request an Emergency Injuction directing all Defendants to provide Mr. Pettigrew with all needed medical devices, attachments, medication and anything all ready noted in his medical file. Mr. Pettigrew also requests additional language in said injuction and provide Mr. Pettigrews' account statment so he can comply with the court's filing requirements and an Injuction preventing punitive transfer, retaliation, or unwarranted punishment.

Further Remedies:
Mr. Pettigrew also humbly requests that all Defendants be levied with a monetary penalty of three millions dollars each for this flagrant violation of the Americans with Disabilites Act.

Premisis Considered Mr. Pettigrew prays for immeadite relief and an in-person hearing due to the urgency of the matter.

                                                      Respectfully Submitted,
                                                      Kelvin Pettigrew
                                                      #522129 / 26713-076
                                                      SCCC - 1045 Mullins Station
                                                      Memphis TN, 38134

Certificate of Service

I Kelvin Pettigrew, RNI #52219, BOP-26713-076 Do Hereby I placed the enclosed Pro Se Motion in the Inmate mail system on May 8, 2022 to Attn: Clerk of the Court
United States Attorney's Office
U.S. Courthouse
109 S. Highland
Jackson, TN 38301

For Distribution by the Clerk of the court. It was sent by Delivery pre-paid first class mail

Respectfully submitted,
Kelvin Pettigrew